

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOSE PORTILLO, | § | No. 08-14-00017-CV |
| Appellant, | § | Appeal from the |
| v. | § | 14th District Court |
| TEXAS HEALTH PRESBYTERIAN HOSPITAL DALLAS, | § | of Dallas County, Texas |
| | § | |
| Appellee. | § | (TC#DC-13-02521) |
| | § | |

## <u>MEMORANDUM OPINION</u>

We have considered the parties' "Agreed Motion to Dismiss Appeal" with prejudice. It is the Court's opinion that the motion should be granted; therefore, we dismiss the appeal with prejudice. *See* TEX.R.APP.P. 42.1(a)(1), 43.2(f).

The motion does not reflect that the parties have made any agreement regarding costs. Accordingly, costs are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d)(absent agreement of the parties, the court will tax costs against the appellant).


November 19, 2014                          YVONNE T. RODRIGUEZ, Justice

Before Rodriguez, J., Larsen, J. (Senior Judge), and Ferguson, Judge
Larsen, J. (Senior Judge), sitting by assignment
Ferguson, Judge, sitting by assignment